# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID B. MCCULLAR, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | NO. CIV-05-0717-HE |
| STATE OF OKLAHOMA, ET AL., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The plaintiff removed this action from the District Court of Caddo County. However, the applicable statute, 28 U.S.C. § 1441(a), provides:

> [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed <u>by the defendant or the defendants</u>, to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1441(a) (emphasis added). Under § 1441 only a defendant may remove a case to federal court. The statute referenced by plaintiff in his notice of removal, 28 U.S.C. § 1443, is to the same effect. Accordingly, the action was improvidently removed and is **REMANDED** to the District Court of Caddo County.

**IT IS SO ORDERED**.

Dated this 24th day of June, 2005.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE